## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LEE, et al., | |
| Plaintiffs | CIVIL ACTION NO. 3:21-CV-1948 |
| v. | (MEHALCHICK, M.J.) |
| GOLF TRANSPORTATION, INC., et al., | |
| Defendants. | |

### ORDER

**AND NOW,** this 3rd day of November, 2022, **IT IS HEREBY ORDERED** that a discovery conference call will be held on **Monday, November 7, 2022 at 9:30 AM**. Counsel is asked to use the following call-in numbers for the conference:

Toll Free:   888-557-8511    Access Code:   5640337

BY THE COURT:

/s/ Karoline Mehalchick
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**