# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL LEE, as the Administrator of the Estate of RAVEN E. LEE, AND** <br><br> **ANDERSON BASTONE, as the Administrator of the Estate of CHAZ BASTONE** <br><br>          **PLAINTIFFS,** <br>     **v.** <br><br> **GOLF TRANSPORTATION, INC, OCONNOR TRUCKING, INC., JP LOGISTICS, INC.,UNITED NATURAL FOODS INC., UNFI TRANSPORT LLC, and COYOTE LOGISTICS, LLC** <br><br>          **DEFENDANTS.** | **CIVIL ACTION – LAW** <br><br> **JURY TRIAL DEMANDED** <br><br> **NO.: 21-CV-1948** |

## **WITHDRAWAL/ENTRY OF APPEARANCE**

To the Prothonotary:

    Kindly withdraw my appearance as counsel on behalf of the above-captioned Plaintiffs.

                                  Respectfully Submitted,
                                  **FELLERMAN & CIARIMBOLI LAW, P.C.**

BY: _____
                   Michael J. O'Neill, Esquire

DATE: February 2, 2023