# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LEE, as the Administrator of the Estate of RAVEN E. LEE, AND : : : : | |
| ANDERSON BASTONE, as the Administrator of the Estate of CHAZ BASTONE : : : : | |
| Plaintiffs, : | |
| v. : | NO. 21-CV-1948 |
| : | |
| GOLF TRANSPORTATION, INC.,: OCONNOR TRUCKING, INC., : JP LOGISTICS, INC., UNITED : NATURAL FOODS INC., UNFI : TRANSPORT, LLC and COYOTE : LOGISTICS, LLC : : | CIVIL ACTION - LAW JURY TRIAL DEMANDED |
| Defendants. : | |

## **CORRECTIVE WITHDRAWAL OF APPEARANCE**

Kindly substitute this Corrective Withdrawal of Appearance for the Withdrawal of Appearance filed on February 2, 2023 (ECF 84). The original withdrawal of appearance was incorrectly filed by Fellerman & Ciarimboli Law PC, with the electronic signature of Michael J. O'Neill. Michael J. O'Neill is no longer employed by Fellerman & Ciarimboli Law PC, and his appearance is withdrawn.

Edward J. Ciarimboli, Esq. and Corey S. Suda, Esq., of Fellerman & Ciarimboli Law, PC are and remain counsel of record for plaintiffs.

                                      Respectfully submitted,

                                      **FELLERMAN & CIARIMBOLI LAW, PC**

                                      _____
                                      Edward J. Ciarimboli
                                      183 Market Street, Suite 200
                                      Kington, PA  18704

Date:  February 10, 2023