HONORABLE JUDGE KAROLINE MEHALCHICK    17 FEB 2023
MAGISTRATE JUDGE, UNITED STATES COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
SCRANTON, PA 18503

    MICHAEL LEE AS ADMINISTRATOR OF THE
    ESTATE OF RAVEN LEE, ET AL. V. O'CONNOR
    TRUCKING CO., ET AL.
    21-1948

Your Honor:

Pursuant to your Courtroom Deputy's request, please allow the following as an explanation of the circumstances of "my" withdrawal as attorney of record in the above matter.

In short, I did not file nor authorize the filing of the Withdrawal of Appearance filed on February 2, 2023. The Filing was effectuated using unauthorized access of my personal ECF login credentials, including my username and password, without my or my clients' knowledge or consent, as well as the unauthorized use of my signature on the filing itself. These unauthorized actions acted to electronically impersonate me before the Court. I understand that the Court took this filing to have been made by me and, accordingly, withdrew my appearance as counsel of record.

By way of further explanation, effective February 1, 2023 I am no longer affiliated with the law firm Fellerman & Ciarimboli, PC. The Withdrawal of Appearance filed with this Court on February 2, 2023 was filed by Firm personnel, as conceded in Mr. Ciaramboli's February 10, 2023 filing, using my ECF login credentials (username and password) and signature that were in the possession of my prior law firm but after my separation from the Firm and while I had no

access to the Firm computer system. The Withdrawal was not filed by me, with my authorization nor with the authorization of the Plaintiffs, Mr. Lee and Mr. Bastone.

As such, I respectfully request the Court to kindly re-enter my appearance as counsel of record for the Plaintiffs Michael Lee and Anderson Bastone.

Should you have any questions or concerns or require additional information I may be reached at (215) 776-5070 or by e-mail at MJO@theoneillfirm.com.

Respectfully,

/MJO/

Michael J. O'Neill