PIAZZA LAW GROUP
**801 Boulevard Avenue**
**Dickson City, PA 18519**
**Telephone#: 570-382-3143**
**Facsimile #: 570-483-4684**

---

| | |
|---|---|
| ANDERSON BASTONE as the Administrator of the Estate of CHAZ BASTONE | : UNITED STATES DISTRICT COURT |
| PLAINTIFF | : MIDDLE DISTRICT OF PENNSYLVANIA |
| VS. | : JURY TRIAL DEMANDED |
| GOLF TRANSPORTATION, ET AL., | : CIVIL ACTION–LAW |
| DEFENDANTS | : No.: 3:21-cv-01948-KM |

---

## ENTRY OF APPEARANCE

TO:   PROTHONOTARY

Kindly enter our appearance in the above captioned action on behalf of the Plaintiff Anderson Baston as Administrator of the Estate of Chaz Bastone.


Respectfully Submitted
PIAZZA LAW GROUP

_____
Anthony J. Piazza, Jr., Esquire
Attorney ID #16185

_____
Christopher A. Piazza, Esquire
Attorney ID #94728