UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LEE, as the Administrator of the Estate of RAVEN E. LEE, AND<br><br>ANDERSON BASTONE, as the Administrator of the Estate of CHAZ BASTONE<br><br>   PLAINTIFFS,<br> v.<br><br>GOLF TRANSPORTATION, INC, OCONNOR TRUCKING, INC., JP LOGISTICS, INC.,UNITED NATURAL FOODS INC., UNFI TRANSPORT LLC, and COYOTE LOGISTICS, LLC<br><br>   DEFENDANTS. | CIVIL ACTION – LAW<br><br>JURY TRIAL DEMANDED<br><br>NO.: 21-CV-1948 |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

  AND NOW COMES, Petitioner, Edward J. Ciarimboli, Esquire, on behalf of Fellerman & Ciarimboli Law, P.C. to file the instant Motion for Leave to Withdraw as Counsel for Plaintiffs, and avers as follows:

1. Petitioner, Edward J. Ciarimboli, Esquire is a Partner at Fellerman & Ciarimboli Law, P.C., located at 183 Market Street, Suite 200, Kingston, Luzerne County, PA 18704.

2. Plaintiff, Michael Lee, is a competent adult individual who resides at 9100 Grayling Drive, Las Vegas, Clark County, Nevada 89134.

3. Plaintiff, Anderson Bastone, is a competent adult individual who resides at 220 West Branch Avenue, Apartment 217, Pine Hill, NJ 08021.

4. The above referenced action is currently pending in the United States District Court for the Middle District of Pennsylvania at Docket No. 21-CV-1948.

5. The action arises out of a commercial motor vehicle accident that occurred on October 7, 2020 in Lackawanna County, Pennsylvania.

6. Plaintiffs and Fellerman & Ciarimboli Law, P.C., entered into Contingent Fee Agreements through which Plaintiffs agreed that they would be represented by Fellerman & Ciarimboli Law, P.C. who would pursue claims for the fatal injuries and damages that Plaintiffs' Decedents sustained as a result of the October 7, 2020 crash.

7. Attorneys Edward J. Ciarimboli and Corey S. Suda, an Associate at Fellerman & Ciarimboli Law, P.C., entered their appearances in this matter on behalf of Plaintiffs Lee and Bastone.

8. On February 23, 2023, Attorney Mark S. Rosenberg and Plaintiff, Michael Lee sent an email to Fellerman & Ciarimboli, PC, advising that the Firm was discharged and stating that Mr. Lee had chosen Michael J. O'Neill, Esquire to represent him as Administrator of his daughter's estate in this matter.

9. Pursuant to Pennsylvania Rule of Professional Conduct 1.16(a)(3), a lawyer "shall withdraw from the representation of a client if the lawyer is discharged."

10. On February 24, 2023, the Piazza Law Group filed its Notice of Appearance on behalf of Plaintiff, Anderson Bastone.

11. On February, 24, 2023, the Piazza Law Group and Anderson Bastone sent Fellerman & Ciarimboli an email that stated: "[i]n accordance with your request to withdraw, this is to confirm that the Fellerman & Ciarimboli firm is relieved of further involvement in the above matter.  You may withdraw your appearance."

12. Pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1), a lawyer "may withdraw from the representation of a client if withdrawal can be accomplished without material adverse effect on the interests of the client." As Plaintiff Bastone has chosen new counsel, withdrawal is permitted under this subsection of the Rules.

**WHEREFORE**, the undersigned counsel requests that this Honorable Court grant the Firm's Motion for Leave to Withdraw the appearances of Edward J.

Ciarimboli and Corey S. Suda as Counsel for Plaintiffs Lee and Bastone in this matter.

        Respectfully submitted,

        **FELLERMAN & CIARIMBOLI LAW, P.C.**

        By: _____
          Edward J. Ciarimboli, Esquire

Date: March 3, 2023

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL LEE, as the Administrator of the Estate of RAVEN E. LEE, AND** | **CIVIL ACTION – LAW** |
| **ANDERSON BASTONE, as the Administrator of the Estate of CHAZ BASTONE** | **JURY TRIAL DEMANDED** <br><br> **NO.: 21-CV-1948** |
| **PLAINTIFFS,** <br> v. | |
| **GOLF TRANSPORTATION, INC, OCONNOR TRUCKING, INC., JP LOGISTICS, INC.,UNITED NATURAL FOODS INC., UNFI TRANSPORT LLC, and COYOTE LOGISTICS, LLC** | |
| **DEFENDANTS.** | |

## **CERTIFICATE OF SERVICE**

I, Edward J. Ciarimboli, Esquire hereby certify that on the 3rd day of March 2023, a true and correct copy of Petitioner's Motion for Leave to Withdraw as Counsel was served electronically via CM/ECF system to the following participants in this case:

Joseph R. Fowler, Esquire
Samuel Garson, Esquire
Fowler Hirtzel McNulty Spaulding LLP
1717 Arch Street
Suite 1310
Philadelphia, PA 19103
jfowler@fhmslaw.com
sgarson@fhmslaw.com

Wade D. Manley, Esquire
Johnson, Duffie, Stewart & Weidner
301 Market Street
P.O. Box 109
Lemoyne, PA 17403
wmanley@johnsonduffie.com

Gary N. Stewart, Esquire
Diane B. Carvell, Esquire
Rawle & Henderson LLP
240 North 3rd Street
Harrisburg, PA 17101
gstewart@rawle.com
dcarvell@rawle.com

James A. Wescoe, Esquire
Katherine A. Tenzinger, Esquire
Weber Gallagher Simpson Stapleton Fires & Newby LLP
2000 Market Street, Suite 1300
Philadelphia, PA 19103
jwescoe@wglaw.com
ktenzinger@wglaw.com

Anthony J. Piazza, Jr., Esquire
Christopher A. Piazza, Esquire
Piazza Law Group
194 Cypress Street, Suite 200
Throop, PA 18512
anthony@piazzalawgroup.com
chris@piazzalawgroup.com

Marc S. Rosenberg, Esquire
Rosenburg Law
33 Rock Hill Road
Suite 150
Bala Cynwyd, PA 19004
rosenberg@plaintiff.com

Michael J. O'Neill, Esquire
1002 Garrett Mill Road
Newtown Square, PA 19073
mjo@theoneillfirm.com

                                        **FELLERMAN & CIARIMBOLI LAW, P.C.**

                                      By: _____
                                                Edward J. Ciarimboli, Esquire