UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LEE, et al., <br><br> Plaintiffs <br><br> v. <br><br> GOLF TRANSPORTATION, INC., et al., <br><br> Defendants. | CIVIL ACTION NO. 3:21-CV-1948 <br><br> (MEHALCHICK, M.J.) |

**ORDER**

**AND NOW,** this 9th day of March, 2023, **IT IS HEREBY ORDERED** that the motion to withdraw as counsel (Doc. 97) is **GRANTED**. Attorneys Edward J. Ciarimboli and Corey S. Suda are **WITHDRAWN** as counsel in the above captioned case.

BY THE COURT:

/s/ Karoline Mehalchick
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**