UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LEE, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>GOLF TRANSPORTATION, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:21-CV-1948<br><br>(MEHALCHICK, M.J.) |

## ORDER

After hearing from the parties on the conference call the following case management deadlines are **EXTENDED**:

1. **Discovery.** All discovery shall be completed by April 6, 2023.

2. **Expert Discovery.**

   a. Defendants' Rule 26(a)(2) disclosures shall be made by May 5, 2023.

3. **Dispositive Motions.** All dispositive motions, together with supporting briefs, shall be filed by June 2, 2023.

4. **Jury Selection and Trial.** Jury selection and trial will be scheduled for Monday, August 28, 2023 at 9:30 AM in Scranton, PA. A final pre-trial conference will be held on Tuesday, August 15, 2023 at 10:00 AM in Scranton. A final scheduling order will be issued at a later date.

**Dated: March 9, 2023**                                    **BY THE COURT:**

                                                                                  */s/ Karoline Mehalchick*
                                                                                  **KAROLINE MEHALCHICK**
                                                                                  **United States Magistrate Judge**