IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| MICHAEL LEE, as the Administrator Of the Estate of RAVEN E. LEE And ANDERSON BASTONE, as the Administrator Of the Estate of CHAZ BASTONE  :  :  :  :  :  : | |
| Plaintiffs,  : | CIVIL ACTION |
| : | |
| : | NO. 21-cv-01948 |
| v.  :  : | |
| GOLF TRANSPORTATION, INC., O'CONNOR TRUCKING, INC., JP LOGISTICS, INC., UNITED NATURAL FOODS, INC., UNFI TRANSPORT, LLC and COYOTE LOGISTICS, LLC  :  :  :  :  :  : | |
| :  Defendants.  : | |

_____

NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly note the below appearance of Michael J. O'Neill, Esquire as lead counsel on behalf of Plaintiffs, Michael Lee, as Administrator of the Estate of Raven E. Lee, and Anderson Bastone, as the Administrator of the Estate of Chaz Bastone in the above-captioned matter.

                  Respectfully submitted,

BY:   */s/ Michael J. O'Neill, Esquire*
        Michael J. O'Neill, Esquire
        *Attorney for Plaintiffs*
        *Michael Lee, Administrator of the*
        *Estate of Raven E. Lee,*

*and Anderson Bastone,*
*Administrator of the Estate of Chaz*
*Bastone*
Attorney I.D. No.: 82191
1002 Garrett Mill Road
Newtown Square, PA 19073
E-Mail: mjo@theoneillfirm.com
Phone:  (215) 776-5070

Date: March 15, 2023

CERTIFICATE OF SERVICE

I, Michael J. O'Neill, Esquire, counsel for Plaintiff Angelina Kharchenko, hereby certify that a true and correct of the foregoing **Notice of Appearance of Michael J. O'Neill, Esquire** was served upon all counsel of record, via e-filing.

                              BY:    */s/ Michael J. O'Neill, Esquire*
                                         Michael J. O'Neill, Esquire
                                         *Attorney for Angelina Kharchenko*
                                         Attorney I.D. No.: 82191
                                         1002 Garrett Mill Road
                                         Newtown Square, PA 19073
                                         E-Mail: mjo@theoneillfirm.com
                                         Phone:  (215) 776-5070

Date: February 27, 2023