# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LEE, et al., | |
| Plaintiffs | CIVIL ACTION NO. 3:21-CV-1948 |
| v. | (MEHALCHICK, M.J.) |
| GOLF TRANSPORTATION, et al., | |
| Defendants. | |

## ORDER

**AND NOW,** this 21st day of March, 2023, **IT IS HEREBY ORDERED** that the motion to withdraw as counsel (Doc. 85) is **DENIED AS MOOT**.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**