IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL LEE, as the Administrator of the Estate of RAVEN E. LEE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 3:21-CV-01948-KM |
| | : | |
| GOLF TRANSPORTATION, INC., O'CONNOR TRUCKING, INC., JP LOGISTICS, INC., UNITED NATURAL FOODS, INC., UNFI TRANSPORT, LLC, and COYOTE LOGISTICS, LLC, | : | |
| | : | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| ANDERSON BASTONE, as the Administrator of the Estate of CHAZ BASTONE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 3:21-CV-01948-KM |
| | : | |
| GOLF TRANSPORTATION, INC., O'CONNOR TRUCKING, INC., JP LOGISTICS, INC., UNITED NATURAL FOODS, INC., UNFI TRANSPORT, LLC, and COYOTE LOGISTICS, LLC, | : | |
| | : | |
| Defendants. | : | |

# ORDER

AND NOW, on this 18th day of April, 2023, upon consideration of Fellerman & Ciarimboli Law, PC's Motion for Leave To Intervene for Limited Purpose of Asserting Charging Lien Against Proceeds of Settlement or Judgment in Favor of Plaintiffs, IT IS HEREBY ODERED THAT the Motion is GRANTED. It is furthered Ordered that:

(a) Fellerman & Ciarimboli Law, PC is granted leave to intervene for the limited purpose of asserting a charging lien against the proceeds of a recovery in favor of Plaintiffs Michael Lee, as Administrator of the Estate of Raven E. Lee, and Anderson Bastone, as Administrator of the Estate of Chaz Bastone;

(b) Fellerman & Ciarimboli Law, PC's Motion for Approval of Charging Lien attached as Exhibit "A" to its Motion shall be filed to the docket as of the date of this Order;

(c) Any proceeds arising from resolution of this matter shall be segregated and held in escrow until this Court adjudicates Fellerman and Ciarimboli Law, PC's claimed right to a legal fee and reimbursement of costs; and

(d) Such other and further relief as the Court deems just and equitable



J.