UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LEE, et al., <br><br> Plaintiffs <br><br> v. <br><br> GOLF TRANSPORTATION, INC., et al., <br><br> Defendants. | CIVIL ACTION NO. 3:21-CV-1948 <br><br> (MEHALCHICK, M.J.) |

## ORDER

Jury selection and trial in the above-captioned case is hereby scheduled for **Monday, August 28, 2023** at **9:30 AM** in Courtroom #6 in the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania.

I. **PRETRIAL CONFERENCE AND DEADLINES**

A final pretrial conference is hereby scheduled for **Tuesday, August 15, 2023** at **10:00 AM** in the Chambers of Magistrate Judge Karoline Mehalchick, William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania. Strict compliance with our Local Rules, including Rules 16.2 (Participants), 16.3 (Conference of Attorneys) and 16.6 (Pretrial Memorandum), is required. Copies of the Local Rules are available on the Court's website at http://www.pamd.uscourts.gov/?q=court-info/local-rules-and-orders/local-rules. In addition to the other requirements set forth in those rules, the parties should note that Local Rule 16.6 requires that pretrial memoranda be filed at least **seven (7)** days prior to the final pretrial conference, or no later than **Tuesday, August 08, 2023**.

All motions *in limine*, together with supporting briefs, including those involving any challenge of expert witness testimony, shall be filed twenty-one (21) days prior to the pretrial conference, or no later than **Tuesday, July 25, 2023**. Briefs in opposition to any motions *in limine* shall be due seven (7) days prior to the pretrial conference.

Counsel who will try the case shall attend the final pretrial conference unless the Court, upon written request, approves the substitution of another attorney who is fully familiar with the case and has the authority required by Fed. R. Civ. P. 16(c) and Local Rule 16.2. If an attorney for a party does not have complete settlement authority, the party or person with full settlement authority shall be available by telephone during the pretrial conference. Counsel must notify the person or committee with settlement authority of the requirements of Local Rule 16.2, as well as the date of the pretrial conference and the date of trial.

II. **TRIAL DEADLINES AND INFORMATION**

On or before **Monday, August 21, 2023**, counsel shall file any requested jury *voir dire* questions, trial briefs in conformance with Local Rule 39.7, proposed points for charge, and proposed special verdict questions.

On or before **Monday, August 21, 2023**, counsel shall provide the Court with a CD containing their exhibits for use with the JERS System and jury deliberations, and in accordance with the requirements set forth on the Court's website at http://www.pamd.uscourts.gov/?q=courtroom-technology.

If the case settles after 5:00 p.m. on the Friday before the date of trial, counsel should report the fact of settlement by calling the Court at **570-207-5740**.

In the event of inclement weather, no earlier than 7:00 a.m. on the day of the proceeding, counsel are directed to call **570-346-7277**. When the recorded greeting answers, dial zero and counsel will be advised as to whether the proceeding is cancelled or delayed.

The objective of this Order is to provide all parties with timely resolution of their claims and to facilitate as efficiently as possible an appropriate disposition of the issues at trial. The cooperation of counsel is essential to this purpose.

**BY THE COURT:**

**Dated: April 18, 2023**

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**