HONORABLE JUDGE KAROLINE MEHALCHICK         12 MAY 2023
MAGISTRATE JUDGE, UNITED STATES COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
SCRANTON, PA 18503

    MICHAEL LEE AS ADMINISTRATOR OF THE
    ESTATE OF RAVEN LEE, ET AL. V. O'CONNOR
    TRUCKING CO., ET AL.
    21-1948

Your Honor:

Pursuant to the Court's Order of May 9, 2023, it is the undersigned's understanding that the Court was referring to the letter/motion (ECF 74) when inquiring about outstanding Coyote representative/employee depositions. All necessary discovery depositions of Coyote representatives and/or employees have been conducted.

Should you have any questions or concerns or require additional information I may be reached at (215) 776-5070 or by e-mail at MJO@theoneillfirm.com.

Respectfully,

/MJO/

Michael J. O'Neill