# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LEE, et al., <br><br> Plaintiffs <br><br> v. <br><br> GOLF TRANSPORTATION, INC., et al., <br><br> Defendants. | CIVIL ACTION NO. 3:21-CV-1948 <br><br> (MEHALCHICK, M.J.) |

## ORDER

**AND NOW,** this 17th day of May, 2023, **IT IS HEREBY ORDERED** that the stipulation of dismissal (Doc. 118) is **APPROVED**. The Clerk of Court is directed to terminate United Natural Foods, Inc. and UNFI Transport, LLC.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**