## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL LEE, as the Administrator of the | : | CIVIL ACTION NO: |
| Estate of RAVEN E. LEE | : | 3:21-CV-01948-KM |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | JURY TRIAL DEMANDED |
| GOLF TRANSPORTATION, INC., | : | |
| O'CONNOR TRUCKING, INC., | : | |
| JP LOGISTICS, INC., and | : | |
| COYOTE LOGISTICS, LLC | : | |
| | : | |
| Defendants. | : | |

--------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| ANDERSON BASTONE, as the | : | |
| Administrator of the Estate of | : | CIVIL ACTION NO: |
| CHAZ BASTONE, | : | 3:21-CV-01948-KM |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | JURY TRIAL DEMANDED |
| GOLF TRANSPORTATION, INC., | : | |
| O'CONNOR TRUCKING, INC., | : | |
| JP LOGISTICS, INC. and, | : | |
| COYOTE LOGISTICS, LLC | : | |
| | : | |
| Defendants. | : | |

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, counsel for Moving Defendants certifies that

concurrence for the instant motion was requested from all counsel. Plaintiffs'

Counsel does not concur.  Counsel for Golf Transportation, Inc. /JP Logistics, Inc.

17021693-1

and counsel for OConnor Trucking, Inc. did not respond to the request for concurrence.

Respectfully Submitted,

RAWLE & HENDERSON LLP

BY: _____

Diane B. Carvell, Esquire
Attorneys for Defendant,
Coyote Logistics, LLC

Date: May 30, 2023

2