## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LEE, as the Administrator of the Estate of RAVEN E. LEE | CIVIL ACTION NO: 3:21-CV-01948-KM |
| Plaintiff, | |
| vs. | |
| GOLF TRANSPORTATION, INC., O'CONNOR TRUCKING, INC., JP LOGISTICS, INC., and COYOTE LOGISTICS, LLC | JURY TRIAL DEMANDED |
| Defendants. | |

----------------------------------------------------------------------

| | |
|---|---|
| ANDERSON BASTONE, as the Administrator of the Estate of CHAZ BASTONE, | CIVIL ACTION NO: 3:21-CV-01948-KM |
| Plaintiff, | |
| vs. | |
| GOLF TRANSPORTATION, INC., O'CONNOR TRUCKING, INC., JP LOGISTICS, INC. and, COYOTE LOGISTICS, LLC | JURY TRIAL DEMANDED |
| Defendants. | |

**ORDER**

AND NOW, this 31st day of May, 2016, upon

consideration of defendant, Coyote Logistics, LLC's Motion to File a Brief to

1

Exceed Page and Word Limitations pursuant to the Middle District of Pennsylvania

Local Rule 7.8(b), the Motion is hereby GRANTED.

_Karoline Mehalchick_

Karoline Mehalchick
US Magistrate Judge