UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LEE, et al., | |
| Plaintiff, | CIVIL ACTION NO. 3:21-CV-1948 |
| v. | (MEHALCHICK, M.J.) |
| GOLF TRANSPORTATION, INC., et al., | |
| Defendants. | |

**SETTLEMENT CONFERENCE ORDER**

AND NOW, this 12th day of December, 2023, **IT IS ORDERED THAT:**

1. A settlement conference is scheduled for **Thursday, December 14, 2023 at 9:00 AM** in Chambers at the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania.

2. Counsel are advised that their clients or client representatives with **complete** authority to negotiate and consummate a settlement shall be in attendance at the settlement conference. Counsel for CHUBB and a representative of CHUBB with complete settlement authority shall be in attendance at and participate in the settlement conference The purpose of the requirement is to have in attendance a representative who has both the authority to exercise his or her own discretion and the realistic freedom to exercise such discretion without negative consequences, in other to settle a case during the settlement conference, if appropriate, without consulting someone else who is not present.

3. Counsel, if they so desire, shall submit a confidential settlement memorandum prior to the settlement conference to the chambers email address at judge_mehalchick@pamd.uscourts.gov. The memorandum shall include (1) a summary of the history and current posture of settlement negotiations; (2) a candid and realistic summary of the party's settlement position; and (3) any other matters which the parties deem appropriate for discussion with the Court, including issues of coverage that may hinder or assist in resolution of the case.

4. Counsel appearing for the settlement conference without their client representatives authorized as described above may cause the settlement conference to be canceled or rescheduled. The non-complying party,

attorney or both may be assessed the costs or expenses incurred by other parties as a result of such cancellation or rescheduling, as well as any additional sanctions deemed appropriate by the Court. Counsel are responsible for timely advising any involved non-party insurance company of the requirements of this order.

Date:   December 12, 2023                    *s/ Karoline Mehalchick*
                                                          **KAROLINE MEHALCHICK**
                                                          **United States Magistrate Judge**