UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LEE, as the Administrator of the Estate of RAVEN E. LEE, | Civil Action No.: 3:21-CV-01948-KM |
| Plaintiff, | |
| vs. | |
| GOLF TRANSPORTATION, INC., O'CONNOR TRUCKING, INC., JP LOGISTICS, INC., UNITED NATURAL FOODS, INC., UNFI TRANSPORT LLC, and COYOTE LOGISTICS, LLC | JURY TRIAL DEMANDED |
| Defendants, | |
| ANDERSON BASTONE, as the Administrator of the Estate of CHAZ BASTONE, | Civil Action No.: 3:21-CV-01948-KM |
| Plaintiff, | |
| vs. | |
| GOLF TRANSPORTATION, INC., O'CONNOR TRUCKING, INC., JP LOGISTICS, INC., UNITED NATURAL FOODS, INC., UNFI TRANSPORT LLC, and COYOTE LOGISTICS, LLC | JURY TRIAL DEMANDED |

## **CONSENT JUDGMENT AND ORDER**

The Court enters this Consent Judgment and Order under the Agreement and Stipulation between Plaintiffs, Michael Lee, as Administrator of the Estate of Raven E. Lee, and Anderson Bastone, as the Administrator of the Estate of Chaz Bastone; and Defendant, Golf Transportation, Inc.. (collectively, the "Parties"), as follows:

1. The Parties have entered into an Agreement, which resolves all claims between them.

2. Under the Agreement and a Stipulation filed of record, the Parties have stipulated to entry of this Consent Judgment and Order.

3. Accordingly, it is therefore **ORDERED** that **JUDGMENT** is entered in favor of Plaintiffs and against Defendant, Golf Transportation Inc., in the amount of $7,000,000. The Parties' Stipulation is incorporated into this Judgment. The Court retains jurisdiction to adjudicate any dispute arising from the Agreement, Stipulation, or this Judgment and Order.

BY THE COURT

Dated 2/23/2024

KAROLINE MEHALCHICK
UNITED STATES DISTRICT JUDGE