IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDERSON BASTONE, as the Administrator Of the Estate of CHAZ BASTONE<br><br>Plaintiffs,<br><br>v.<br><br>GOLF TRANSPORTATION, INC., O'CONNOR TRUCKING, INC., JP LOGISTICS, INC., and COYOTE LOGISTICS, LLC<br><br>Defendants. | CIVIL ACTION<br><br>NO. 21-cv-01948-KM |

### PLAINTIFF'S, THE ESTATE OF CHAZ BASTONE, PETITION FOR APPROVAL OF PARTIAL SETTLEMENT AND/OR SATISFACTION OF JUDGMENT OF WRONGFUL DEATH/SUVIVORSHIP ACTION

Anderson Bastone, as Administrator of the Estate of Chaz Bastone, hereby requests this Honorable Court approve the partial settlement and/or satisfaction of judgment and distribution in the above-captioned matter and in support thereof avers as follows:

1. On October 7, 2020, the Plaintiff's decedent Chaz Bastone (Plaintiff Bastone) was a passenger in an automobile in which Raven Lee was the driverr.  The automobile was struck from behind by a tractor-trailer combination operated and/or supervised/dispatched/hired/entrusted/retained by the above Defendants. Complaints were filed on behalf of the Estate of Raven Lee as well as on behalf of the Estate of Chaz Bastone and consolidated for before this Honorable Court.

2. After protracted litigation occurring over the course of nearly 30 months, Defendant Golf Transportation, Inc. (Golf) and plaintiffs entered into a written Agreement which included

a consent judgement in Plaintiffs' favor. The parties further agreed that plaintiffs will not attempt to execute against Golf or its owners, officers, or employees on the judgement in excess of the $1,000,000 payment tendered by Golf through its insurer, Northland. The stipulated judgement included both the Estate of Raven Lee and the Estate of Chaz Bastone.

3. Defendant Golf, through its insurance carrier Northland Insurance, has offered its full policy limit of $1,000,000 which was evenly divided amongst the the Plaintiffs therefore $500,000.00 has been offered as a partial satisfaction of the judgment against Golf, payable to Plaintiff Bastone.

4. Both Plaintiffs have resolved their claims against Defendants O'Connor Trucking, Inc. (O'Connor) and JP Logistics, Inc. (JPL).

5. O'Connor has agreed to settle the claims with Plaintiff Bastone for the sum of $488,763.55.

6. JPL has agreed to settle the claims with Plaintiff Bastone for the sum of $55,000.00.

7. The total amount of the partial judgement satisfaction and settlements payable to Plaintiff Lee totals $1,043,763.55.

8. After attorneys' fees and costs the net proceeds of the settlement to be paid to Plaintiff Bastone is $639,358.63.

9. Plaintiff's Decedent, Chaz Bastone, was born on July 22, 1988, and his date of death was the date of the accident on October 7, 2020.

10. The sole beneficiaries of the estate are Anderson Basteon, Sr., and Myra Bastone.

11. The Administrator of the Estate is Anderson Bastone, Sr., as evidenced by the Letters of Administration given to him by Frances Kovaleski, Register of Wills Lackawanna County, Pennsylvania, a copy of which is attached hereto.

12. Based on the damages claimed, injuries and causes of action, the settlement/partial satisfaction of judgement is as follows:

 1. 30% allocated to the survival action totaling $191,807.59.
 2. 70% allocated to the wrongful death action totaling $447,551.04.

WHEREFORE, it is respectfully requested Your Honorable Court issue an Order approving the settlement/partial satisfaction of judgement with distribution of the proceeds as outlined.

_____
Michael J. O'Neill, Esquire

_____
Christopher A. Piazza, Esquire

DATED: 18 March 2024